# SUPREME COURT OF HAWAIʻI

| | | | | |
|---|---|---|---|---|
| Costales v. Rosete ............... | SCWC–30683 | 03/17/2014 | Denied | 133 Hawaiʻi 124, 324 P.3d 934 |